NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Ruben A. Castellon (SBN 154610)
811 Wilshire Blvd., Suite 1025
Los Angeles, CA 90017
rcastellon@candffirm.com

ATTORNEY(S) FOR: Master Meter, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mission Springs Water District | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 5:20-cv-332 |
| v. | |
| Master Meter, Inc. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Master Meter, Inc.___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Master Meter, Inc. | Defendant |
| Arad, Ltd., Israeli Entity | Master Meter, Inc. is a wholly owned subsidiary of Arad, Ltd. |

February 19, 2020                /s/ Ruben A. Castellon
Date                             Signature

Attorney of record for (or name of party appearing in pro per):

Master Meter, Inc.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES