Ruben A. Castellón (SBN 154610)
**CASTELLÓN & FUNDERBURK LLP**
811 Wilshire Boulevard, Suite 1025
Los Angeles, CA 90017-2649
Tel: (213) 623-7515 / Fax: (213) 532-3984
rcastellon@candffirm.com

Attorneys for Defendant
MASTER METER, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>          Plaintiff,<br><br>vs.<br><br>MASTER METER, INC., a Texas Corporation, and DOES 1 through 10, inclusive,<br><br>          Defendants. | **Case No. 5:20-cv-332**<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
[C.C.P. § 1013, C.R.C.§ 2008, F.R.C.P. Rule 5]

I, Nayda Cantabrana, state:

I am a citizen of the United States. My business address is 811 Wilshire Boulevard, Suite 1025 Los Angeles, CA 90017 I am employed in the City and County of Los Angeles where this mailing occurs. I am over the age of eighteen years and not a party to this action. On the date set forth below, I caused to be served the foregoing document described as:

**NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

on the following person(s) in this action by OVERNIGHT DELIVERY AND E-MAIL addressed as follows:

Shaun M. Murphy
Katelyn K. Empey
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262
Tel: (760) 322-2275
Fax: (760) 322-2107
Email: murphy@sbemp.com
Email: kempey@sbemp.com

:    BY FIRST CLASS MAIL - I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope and placed it for collection and mailing this date, following ordinary business practices.

:    BY FACSIMILE - I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above. (As courtesy copy only.)

**X**:    BY OVERNIGHT DELIVERY - I caused said document to be transmitted by Federal Express overnight delivery on the next business day to counsel at the address(es) noted above.

:    BY PERSONAL SERVICE - ACE Attorney Services directed to serve each envelope(s) by hand to the offices of the addressee(s).

**X**:    BY E-MAIL OR ELECTRONIC TRANSMISSION: I caused a copy of the document(s) to be sent from e-mail address info@candffirm.com to the persons at the e-mail addresses listed

1
**PROOF OF SERVICE**

1 | in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this date at Los Angeles, California.

February 19, 2020

*[signature]*
Nayda Cantabrana