Frederick M. Heiser, Bar No. 232582
fheiser@klinedinstlaw.com
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592

Emily J. Atherton, Bar No. 239837
eatherton@klinedinstlaw.com
KLINEDINST PC
777 S. Figueroa Street, Suite 2800
Los Angeles, California 90017
(213) 406-1100 /FAX (213) 406-1101

Attorneys for Defendant CORE & MAIN, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>MASTER METER, INC., a Texas Corporation; and CORE & MAIN, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00332 TJH (KKx)<br><br>**NOTICE OF LODGMENT**<br><br>Judge:      Hon. Terry J. Hatter, Jr.<br>Trial Date: August 16, 2021 |

Defendant CORE & MAIN, LP, hereby lodges with the Court the attached Proposed Order re Revised Joint Scheduling Report.

KLINEDINST PC

DATED: March 16, 2021      By:   / s / Emily J. Atherton
                                                    Frederick M. Heiser
                                                    Emily J. Atherton
                                                    Attorneys for Defendant CORE & MAIN, LP