Frederick M. Heiser, Bar No. 232582
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592
fheiser@klinedinstlaw.com

Emily J. Atherton, Bar No. 239837
KLINEDINST PC
777 S. Figueroa Street, Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
eatherton@klinedinstlaw.com

*Attorneys for Defendant CORE & MAIN, LP*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>MASTER METER, INC., a Texas Corporation; and CORE & MAIN, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00332 TJH (KKx)<br><br>**[PROPOSED] ORDER RE STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES**<br><br><br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Trial Date: August 16, 2021 |

///
///
///
///
///
///
///

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

Pursuant to the Stipulation to Revise Joint Scheduling Report Dates [Document 29], the Court hereby orders that:

(1) The trial date currently set for August 16, 2021 is vacated. The trial date is continued by a minimum of six (6) months and is now set for _____, 2022.

(2) The Final Pre-Trial Conference currently set for June 21, 2021 is vacated. The Final Pre-Trial Conference is continued to _____, 2022.

(3) All other dates will be according to the following timeline:

| | |
|---|---|
| Fact Discovery Cut-Off | 16 weeks before the Final Pretrial Conference ("FPTC") |
| Last Day to Serve Initial Expert Disclosure | 14 weeks before the FPTC |
| Last Day to Serve Rebuttal Expert Reports | 12 weeks before the FPTC |
| Last Day to Conduct Settlement Proceedings | 9 weeks before the FPTC |
| Expert Discovery Cut-Off | 8 weeks before the FPTC |
| Last Day to file Dispositive and Non-Dispositive Motions (except motions in limine and other trial motions) | 7 weeks before the FPTC |
| Last Day to File *Daubert* Motions | 7 weeks before the FPTC |

| Last Day to File Motions in Limine (other than *Daubert* Motions) | 4 weeks before the FPTC |
|---|---|

**IT IS SO ORDERED.**

Dated:_____     _____
                                                        HONORABLE TERRY J. HATTER, JR

19330437.1