KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>MASTER METER, INC., a Texas Corporation; and CORE & MAIN, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00332 TJH (KKx)<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**<br><br><br><br>Judge:     Hon. Terry J. Hatter, Jr.<br>Trial Date: None yet |

Pursuant to the Stipulated Protective Order submitted by the parties, the Court orders that the Stipulated Protective Order is approved and hereby entered on the following date:

**IT IS SO ORDERED.**

Dated:_____     _____
                                HONORABLE TERRY J. HATTER, JR

19624764.1

1
[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER