1  Frederick M. Heiser, Bar No. 232582
2  KLINEDINST PC
   2 Park Plaza, Suite 1250
3  Irvine, California 92614
   (714) 542-1800/FAX (714) 542-3592
4  fheiser@klinedinstlaw.com

5  Emily J. Atherton, Bar No. 239837
   KLINEDINST PC
6  777 S. Figueroa Street, Suite 2800
   Los Angeles, California 90017
7  (213) 406-1100/FAX (213) 406-1101
   eatherton@klinedinstlaw.com

8  ***Attorneys for Defendant CORE & MAIN, LP***

9  Shaun M. Murphy, Esq.
   Katelyn K. Empey, Esq.
10 SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
   1800 E. Tahquitz Canyon Way
11 Palm Springs, CA 92262
   (760) 322-2272/FAX: 760-322-2107
12 murphy@sbemp.com
   kempey@sbemp.com
13
   ***Attorneys for Plaintiff, MISSION SPRINGS WATER DISTRICT***
14
15 Phillip A. Baker, Esq.
   Daniel Leonard, Esq.
16 BAKER, KEENER & NAHRA LLP
   633 W. 5th Street, Suite 5500
17 Los Angeles, CA 90071
   (213) 241-0900/FAX: 213-241-0990
18 pbaker@bknlawyers.com
   dleonard@bknlawyers.com
19
   ***Attorneys for Defendant MASTER METER, INC.***

20
21              **UNITED STATES DISTRICT COURT**

22              **CENTRAL DISTRICT OF CALIFORNIA**

23 MISSION SPRINGS WATER              Case No. 5:20-cv-00332 TJH (KKx)
24 DISTRICT, a county water district and
   public agency of the State of California,   **STIPULATION TO REVISE JOINT**
25                                              **SCHEDULING REPORT DATES**
           Plaintiff,                          **SUBJECT TO COURT APPROVAL**
26
           v.
27
   MASTER METER, INC., a Texas
28 Corporation; and CORE & MAIN, a

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

1   California Limited Partnership, and
    DOES 1 through 10, inclusive,

2

3       Defendants.

Judge:        Hon. Terry J. Hatter, Jr.
Trial Date:   None Set

4       TO THE COURT AND ALL INTERESTED PARTIES:

5       Plaintiff MISSION SPRINGS WATER DISTRICT, a county water district

6   and public agency of the State of California ("MISSION" or "Plaintiff"), Defendant

7   CORE & MAIN, LP ("CORE & MAIN"), and Defendant MASTER METER, INC.

8   ("MASTER METER"), through their respective counsel, submit this request to set

9   and continue the pre-trial deadlines previously set in this matter.  While the parties

10  have engaged in meaningful written discovery and have taken several depositions,

11  delays have occurred as a result of the COVID pandemic, as well as other issues.

12  The parties also intend to participate in mediation within the next sixty (60) days

13  and thus wish to focus their resources on mediation, instead of trial preparation.

14  Accordingly, the parties have worked cooperatively to continue the various pre-trial

15  dates, subject to Court approval.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES SUBJECT TO COURT APPROVAL

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

**Pre-Trial Deadline Continuance**

The parties propose that all previously set pre-trial deadlines, including the Final Pre-Trial Conference be continued by ninety (90) days.  However, with regard to non-expert discovery,  no additional written discovery requests may be served and no depositions may be taken, other than those which have already been noticed. In addition, Plaintiff may take the 30(b)(6) depositions of the Defendants on the areas of inquiry which have been provided to the Defendants.  All currently pending discovery will be stayed and completed if necessary if the case does not settle at mediation. The Parties hereby submit **Exhibit A**, which details the proposed schedule for this case.

SLOVAK BARON EMPEY MURPHY &
PINKNEY LLP

DATED:  August___19____, 2021   By: _____
                                   Shaun M. Murphy
                                   Katelyn K. Empey
                                   Attorneys for Plaintiff, MISSION SPRINGS
                                   WATER DISTRICT

BAKER KEENER & NAHRA LLP

DATED:  August 19_____, 2021   By: _____
                                   Phillip A. Baker
                                   Daniel Leonard
                                   Attorneys for Defendant MASTER METER,
                                   INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC

DATED:  August 20    , 2021   By: _____

Frederick M. Heiser
Emily J. Atherton
Attorneys for Defendant CORE & MAIN, LP

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

4

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

# EXHIBIT A

## PROPOSED SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: *Mission Springs Water District v. Master Meter, Inc., et al.*

CASE NO:      5:20-cv-00332 TJH (KKx)

| Matter | Current Deadline | Plaintiff Requests | Defendants Request |
|---|---|---|---|
| Exchange of Initial Disclosures | | Completed | Completed |
| Last Day to File Motions to Add Parties and Amend Pleadings | | Completed | Completed |
| Fact Discovery Cut-Off | August 30, 2021 | November 29, 2021[1] | November 29, 2021[2] |
| Last Day to Serve Initial Expert Disclosure | September 13, 2021 | December 13, 2021 | December 13, 2021 |
| Last Day to Serve Rebuttal Expert Reports | September 27, 2021 | December 27, 2021 | December 27, 2021 |
| Last Day to Conduct Settlement Proceedings | October 18, 2021 | January 17, 2022 | January 17, 2022 |
| Expert Discovery Cut-Off | October 25, 2021 | January 24, 2022 | January 24, 2022 |

---

[1]      Discovery cut-off not continued.

[2]      Discovery cut-off not continued.

STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES SUBJECT TO COURT APPROVAL

| | | | |
|---|---|---|---|
| Last Day to file Dispositive and Non-Dispositive Motions (except motions in limine and other trial motions) | November 1, 2021 | January 31, 2022 | January 31, 2022 |
| Last Day to File *Daubert* Motions | November 1, 2021 | January 31, 2022 | January 31, 2022 |
| Last Day to File Motions in Limine (other than *Daubert* Motions) | November 22, 2021 | February 21, 2022 | February 22, 2022 |
| Final Pre-Trial Conference | December 20, 2021 | March 21, 2022 | March 21, 2022 |

19821586.1

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614

STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES SUBJECT TO COURT APPROVAL