Frederick M. Heiser, Bar No. 232582
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592
fheiser@klinedinstlaw.com

Emily J. Atherton, Bar No. 239837
KLINEDINST PC
777 S. Figueroa Street, Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
eatherton@klinedinstlaw.com

*Attorneys for Defendant CORE & MAIN, LP*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>MASTER METER, INC., a Texas Corporation; and CORE & MAIN, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-00332 TJH (KKx)<br><br>**NOTICE OF LODGMENT IN SUPPORT OF JOINT STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES SUBJECT TO COURT APPROVAL**<br><br><br>Judge:      Hon. Terry J. Hatter, Jr.<br>Trial Date: None Set |

///
///
///
///
///
///

1

Lodged herewith is the Proposed Order re Stipulation to Revise Joint Scheduling Report Dates Subject to Court Approval filed with the Court as Document 38.

KLINEDINST PC

DATED: September 7, 2021      By:      / s / Emily J. Atherton
                                                  Frederick M. Heiser
                                                  Emily J. Atherton
                                                  Attorneys for Defendant CORE & MAIN, LP