Frederick M. Heiser, Bar No. 232582
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592
fheiser@klinedinstlaw.com

Emily J. Atherton, Bar No. 239837
KLINEDINST PC
777 S. Figueroa Street, Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
eatherton@klinedinstlaw.com

*Attorneys for Defendant CORE & MAIN, LP*

Shaun M. Murphy, Esq.
Katelyn K. Empey, Esq.
SLOVAK BARON EMPEY MURPHY & PINKNEY LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262
(760) 322-2272/FAX: 760-322-2107
murphy@sbemp.com
kempey@sbemp.com

*Attorneys for Plaintiff, MISSION SPRINGS WATER DISTRICT*

Phillip A. Baker, Esq.
Daniel Leonard, Esq.
BAKER, KEENER & NAHRA LLP
633 W. 5th Street, Suite 5500
Los Angeles, CA 90071
(213) 241-0900/FAX: 213-241-0990
pbaker@bknlawyers.com
dleonard@bknlawyers.com

*Attorneys for Defendant MASTER METER, INC.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>MASTER METER, INC., a Texas Corporation; and CORE & MAIN, a | Case No. 5:20-cv-00332 TJH (KKx)<br><br>**[PROPOSED] ORDER RE STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES SUBJECT TO COURT APPROVAL** |

California Limited Partnership, and
DOES 1 through 10, inclusive,

        Defendants.

Judge: Hon. Terry J. Hatter, Jr.
Trial Date: None Set

On August 20, 2021, Plaintiff and Defendants filed a Stipulation to Revise Joint Scheduling Report Dates ("Stipulation"):

    1.    The Stipulation between Plaintiff and Defendants is hereby approved;

    2.    All previously set pre-trial deadlines, including the Final Pre-Trial Conference, are hereby continued by ninety (90) days. However, with regard to non-expert discovery, no additional written discovery requests may be served and no depositions may be taken, other than those which have already been noticed. In addition, Plaintiff may take the 30(b)(6) depositions of the Defendants on the areas of inquiry which have been provided to the Defendants.

    3.    All currently pending discovery is hereby stayed and completed if necessary if the case does not settle at mediation.

    4.    The deadlines proposed by the Parties in Exhibit "A" to the Stipulation are hereby approved.

**IT IS SO ORDERED.**

Dated:_____    _____

                                   HONORABLE TERRY J. HATTER, JR.

19991376.1

KLINEDINST PC
2 PARK PLAZA, SUITE 1250
IRVINE, CALIFORNIA 92614