# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MISSION SPRINGS WATER DISTRICT, a county water district and public agency of the State of California,<br><br>  Plaintiff,<br><br>   v.<br><br>MASTER METER, INC., a Texas Corporation; and CORE & MAIN, a California Limited Partnership, and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:20-cv-00332 TJH (KKx)<br><br>**ORDER RE STIPULATION TO REVISE JOINT SCHEDULING REPORT DATES SUBJECT TO COURT APPROVAL**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Trial Date: None Set |

On August 20, 2021, Plaintiff and Defendants filed a Stipulation to Revise Joint Scheduling Report Dates ("Stipulation"):

1. The Stipulation between Plaintiff and Defendants is hereby approved;

2. All previously set pre-trial deadlines, including the Final Pre-Trial Conference, are hereby continued by ninety (90) days. However, with regard to non-expert discovery, no additional written discovery requests may be served and no depositions may be taken, other than those which have already been noticed. In addition, Plaintiff may take the 30(b)(6) depositions of the Defendants on the areas of inquiry which have been provided to the Defendants.

3. All currently pending discovery is hereby stayed and completed if necessary if the case does not settle at mediation.

4. The deadlines proposed by the Parties in Exhibit "A" to the Stipulation are hereby approved.

**IT IS SO ORDERED.**

Dated: September 8, 2021

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# SCHEDULE OF PRETRIAL AND TRIAL DATES

CASE NAME: *Mission Springs Water District v. Master Meter, Inc., et al.*

CASE NO: 5:20-cv-00332 TJH (KKx)

| Matter | Current Deadline | Plaintiff Requests | Defendants Request |
|---|---|---|---|
| Exchange of Initial Disclosures | | Completed | Completed |
| Last Day to File Motions to Add Parties and Amend Pleadings | | Completed | Completed |
| Fact Discovery Cut-Off | August 30, 2021 | November 29, 2021[1] | November 29, 2021[2] |
| Last Day to Serve Initial Expert Disclosure | September 13, 2021 | December 13, 2021 | December 13, 2021 |
| Last Day to Serve Rebuttal Expert Reports | September 27, 2021 | December 27, 2021 | December 27, 2021 |
| Last Day to Conduct Settlement Proceedings | October 18, 2021 | January 17, 2022 | January 17, 2022 |
| Expert Discovery Cut-Off | October 25, 2021 | January 24, 2022 | January 24, 2022 |

---

[1] Discovery cut-off not continued.

[2] Discovery cut-off not continued.

| | | | |
|---|---|---|---|
| Last Day to file Dispositive and Non-Dispositive Motions (except motions in limine and other trial motions) | November 1, 2021 | January 31, 2022 | January 31, 2022 |
| Last Day to File *Daubert* Motions | November 1, 2021 | January 31, 2022 | January 31, 2022 |
| Last Day to File Motions in Limine (other than *Daubert* Motions) | November 22, 2021 | February 21, 2022 | February 22, 2022 |
| Final Pre-Trial Conference | December 20, 2021 | March 21, 2022 | March 21, 2022 |